IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| W. GRAHAM ARADER | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | No. 11-3626 |
| VALENTIN I. DIMITROV, in his capacity as Personal Representative of the Estate of John E. Du Pont, Deceased et al., | : : : | |
| | : | |
| Defendants. | : : | |

## ORDER

**AND NOW** this 7th day of October, 2011, upon consideration of the Defendants, Valentin I. Dimitrov in his capacity as Personal Representative of the Estate of John E. Du Pont, Taras M. Wochok in his capacity as Co-Trustee of the John E. Du Pont Deed of Trust, and Diane Hazen Brady in her capacity as Co-Trustee of the John E. Du Pont Deed of Trust's ("Defendants"), Motion to Dismiss (Doc. No. 6), it is hereby **ORDERED** that Defendants' Motion is **GRANTED**. It is further **ORDERED** that Plaintiff's Complaint is hereby **DISMISSED**.

BY THE COURT:

/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE