IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| W. GRAHAM ARADER, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | No. 11-3626 |
| VALENTIN I. DIMITROV, in his capacity as Personal Representative of the Estate of John E. Du Pont, Deceased et al., | : : : | |
| | : | |
| Defendants. | : | |

## O R D E R

**AND NOW**, this 3rd day of February, 2012, upon consideration of Plaintiff, W. Graham Arader's ("Plaintiff") Motion for Reconsideration (Doc. No. 14), and Defendants' Response thereto, it is hereby **ORDERED** that this Motion is **DENIED**. In addition, upon consideration of Plaintiff's Motion to Amend Complaint (Doc. No. 16), and Plaintiff's Amended Motion to Amend Complaint (Doc. No. 20), and the Responses and Replies thereto, it is further **ORDERED** that said Motions are also **DENIED**.

BY THE COURT:

/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE